IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOSE JACINTO CASTRO<br>Defendant | CRIMINAL 11-0373CCC |

**ORDER**

Having considered the Report and Recommendation filed on January 24, 2012 (**docket entry 29**) on a Rule 11 proceeding of defendant José Jacinto Castro held before U.S. Magistrate Judge Camille L. Vélez-Rivé on January 23, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant José Jacinto Castro is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 23, 2012. The **sentencing hearing is set for April 24, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge